UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

JS - 6

| | | |
|---|---|---|
| DAVID MAXWELL KING, *et al.*, | ) | 2:11-cv-3844-R-PLA |
| Plaintiffs, | ) | **ORDER** |
| v. | ) | |
| ERIC H. HOLDER, JR., *et al.*, | ) | |
| Defendants. | ) | |

It is **ORDERED** that the Complaint for a Writ in the Nature of Mandamus to Compel Administrative Action; Declaratory Relief and Injunctive Relief is dismissed with prejudice. Each party shall bear their own costs and fees.

Dated: May 25, 2011

_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA